UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CINDY L. OLSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.  C10-5618-RAJ-MAT<br><br><br><s>PROPOSED</s> ORDER GRANTING STIPULATED MOTION TO FILE SUPPLEMENTAL TRANSCRIPT AND TO EXTEND BRIEFING SCHEDULE |

Based on the stipulation of the parties, it is hereby ORDERED that:

1. The Commissioner shall file the supplemental administrative record when his counsel receives it;

2. Plaintiff shall file her opening brief on or before April 26, 2011;

3. The Commissioner shall file his responsive brief on or before May 25, 2011; and

4. Plaintiff shall file her optional reply brief on or before June 8, 2011.

**This is the second stipulated continuance of the briefing schedule.  Absent extraordinary circumstances, no further extensions will be granted.**

Page 1　　<s>PROPOSED</s> ORDER RE SUPPLEMENTAL TRANSCRIPT
　　　　　AND BRIEFING SCHEDULE - [3:10-cv-05618-RAJ-MAT]

DATED this 28th day of March, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Mathew W. Pile
MATHEW W. PILE    WSB #32245
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3760
Fax: (206) 615-2531
mathew.w.pile@ssa.gov