01
02
03
04
05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 CINDY L. OLSON, )
 ) CASE NO. C10-5618-RAJ
09 Plaintiff, )
 )
10 v. )
 ) REPORT AND RECOMMENDATION
11 MICHAEL ASTRUE, )
Commissioner of Social Security, )
12 )
Defendant. )
13 _____ )

14 Plaintiff Cindy L. Olson brought this action to seek judicial review of the denial of his

15 application for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) by

16 the Commissioner of the Social Security Administration. The parties have now stipulated that

17 this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

18 (Dkt. 31.)

19 Based on the stipulation of the parties, the Court recommends that this case be

20 REVERSED and REMANDED for further administrative proceedings. The parties have

21 stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) assign this case to a

22 different ALJ in accordance with HALLEX I-2-I-55(D)(11)(a); (2) provide plaintiff with the

REPORT AND RECOMMENDATION
PAGE -1

opportunity for a new hearing, at which plaintiff may submit additional evidence and arguments; (3) shall address all medical opinions in accordance with the regulations and Social Security Rulings 96-2p and 96-5p, including but not limited to the opinions of Loren W. McCollom, Ph.D., and John E. Kooiker, Ph.D.; (4) evaluate plaintiff's mental impairments, credibility, and residual functional capacity; (5) re-assess plaintiff's ability to perform her past relevant work and, if warranted, obtain vocational expert evidence and identify and resolve any conflicts between the occupational evidence provided by the vocational expert and the information in the Dictionary of Occupational Titles and the Selected Characteristics of Occupations.   Also, on remand, this case shall be consolidated with plaintiff's subsequent DIB and SSI claims, filed in March 2009.   The ALJ shall associate the claims files and issue a new decision on the consolidated claims.   Upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412.

Given the above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings.   A proposed order accompanies this Report and Recommendation.

DATED this 23rd day of May, 2011.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2